# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CRAIG BUCHANAN SPENCE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>KEVIN CHAPPELL, Warden,<br><br>　　　　　Respondent. | NO. CV 13-4193-CJC (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 14, 2015

_____
CORMAC J. CARNEY
United States District Judge